**Mark COOPER, Appellant,**

v.

**LEHIGH CONCRETE PUMPING SERVICE, INC., Joseph Franko, Consolidated Rail Port and Pennsylvania Department Transportation.**

Supreme Court of Pennsylvania.

Argued Oct. 19, 1998.

Decided Nov. 9, 1998.

Robert C. Daniels, Robert J. Mongeluzzi, Philadelphia, Larry Benedesky, for Mark Cooper.

John F. Kent, Philadelphia, Dennis P. McBride, for Lehigh Concrete Plumbing Service, Inc.

Joseph W. Gibley, Media, for Com., Dept. of Transp.

Jenny P. Shulbank, Philadelphia, for PECO.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

*ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.

■

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Lamont BLAGMAN.**

Supreme Court of Pennsylvania.

Argued Oct. 22, 1998.

Decided Nov. 9, 1998.

Catherine Marshall, Hugh J. Burns, Jr., Philadelphia, for Com.

Daniel A. Rendine, Philadelphia, for Lamont Blagman.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

*ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.